UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00013-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RICHARD KIMBLE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Indictment as to the Named Defendant. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment as to the Named Defendant (#16) is **GRANTED**, and the indictment is **DISMISSED** and defendant is released from custody.

The United States Marshal is respectfully instructed to release defendant from custody immediately, subject of course to there being no other outstanding warrants or detainers requiring his continued detention.

The Clerk of Court is instructed to send a copy of this Order to the immediate attention of the United States Marshal or his designee in Asheville.

Signed: March 18, 2016



Max O. Cogburn Jr
United States District Judge